

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2018

No. 04-18-00618-CV

Denise **CORKILL**,
Appellant

v.

Diane **GUEVARA** and Alyssa Guevara,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-17-140
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

On October 18, 2018, the trial court clerk filed a request for extension of time to file the clerk's record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

Also, on October 18, 2018, this court notified the court reporter that the reporter's record was late. On October 22, 2018, the court reporter responded to our notice by stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

It is further ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, and if this appeal is not dismissed for want of prosecution pursuant to TEX. R. APP. P. 37.3(b), then appellant's brief will

be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court